**Order entered December 30, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00601-CR
## No. 05-21-00602-CR

## ROBERT JOSEPH MANGIAFICO JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause Nos. 296-85043-2019 & 296-82188-2020

### ORDER

The clerk's record in appellate cause number 05-21-00601-CR was filed on October 28, 2021. Approximately one-half hour later, an amended clerk's record was filed, correcting certain page numbers. We **STRIKE** the clerk's record filed on October 28, 2021 at 10:11 AM.

/s/　　LANA MYERS
　　　　JUSTICE